IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY WHISBY,

    Plaintiff,

v.                                    CASE NO. 5:10cv174-SPM/AK

JOHN DOE, et al.,

    Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS CAUSE comes before the Court on Plaintiff Kelly Whisby's Motion to Reconsider the Court's Order Denying Permission to Proceed In Forma Pauperis. Doc. 12. The Court finds no reason to change its prior ruling. Plaintiff cannot proceed with this case in forma pauperis because he has three strikes. His claims do not fall within the imminent physical injury exception. Accordingly, it is

ORDERED AND ADJUDGED: the motion for reconsideration (doc. 12) is denied.

DONE AND ORDERED this 25th day of August, 2010.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Chief United States District Judge